

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | November 16, 2021 |
| MAYRA RENDON, SAMANTHA CAWYER COLLEEN WIAND, EMIDIO BECERRA A/K/A "SPORTY," OSCAR ULISES QUIROZ AYON, DARBELIO LORENZO-GENCHI, IRIS GALLARDO-SALADO, GIOVANA CISNEROS, AND LORENZO GONZALEZ-PEREZ A/K/A "SOLO," 8:21CR284 | |

| To | From |
|---|---|
| Clerk, U.S. District Court District Of Nebraska | Crystal C. Correa AUSA |

Be advised that the above named Defendants are now in custody. We request you now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain

**Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain

**Restricted**