IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>LORENZO GONZALEZ-PEREZ A/K/A SOLO,<br><br>            Defendants. | 8:21CR284<br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to the defendant in the above-captioned case on March 21, 2022.

DATED this 23rd day of March, 2022.

UNITED STATES OF AMERICA
Plaintiff

JAN W. SHARP
United States Attorney

By:   *s/ Crystal C. Correa*
CRYSTAL C. CORREA (#6307734)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 345-5724
E-mail:  crystal.correa@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Crystal C. Correa
Assistant U.S. Attorney